```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                        FORT PIERCE DIVISION
                   CASE NO. 08-14015-CR-GRAHAM
```

UNITED STATES OF AMERICA

        Plaintiff,

vs.

MARCOS S. CEDILLA-MENJIVAR,

        Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Defendant's request to enter a plea of guilty before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch, on April 24, 2008. A Report and Recommendation filed on April 30, 2008 recommended that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however, none were filed. The Court has conducted a <u>de novo</u> review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge Frank J. Lynch, is hereby Adopted and Approved in its entirety. The Defendant is adjudged guilty as to Count Four of the Indictment.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 24th day of June, 2008.

                                    _____
                                    DONALD L. GRAHAM
                                    UNITED STATES DISTRICT JUDGE

Copied: Magistrate Judge Frank J. Lynch
        Carmen Lineberger, AUSA
        David Joffe, Esq.